# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Leon Chambers, on behalf of himself and all <br> *Plaintiff(s)* <br> v. <br> Anheuser-Busch Employee's Credit Union <br> *Defendant(s)* | Case Number: 3:19-cv-842 |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Leon Chambers and all others similarly situated.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Tennessee. The state and federal bar numbers issued to me are: 23045.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Aug 12, 2019
Date

Signature of Movant

J. Gerard Stranch, IV
Printed Name

223 Rosa L. Parks Ave., Ste. 200
Street Address

Nashville, TN 37203
City, State, Zip