# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| LEON CHAMBERS ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:19-CV-00842-SMY-RJD |
| ANHEUSER-BUSCH EMPLOYEES' CREDIT ) | |
| UNION d/b/a American Eagle Credit Union, ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Anheuser-Busch Employees' Credit Union.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Missouri and Kansas. The state and federal bar numbers issued to me are: Missouri #38811, Kansas #13620.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Sep 3, 2019
Date

Signature of Movant

1010 Walnut Street, Suite 500
Street Address

Thomas M. Martin
Printed Name

Kansas City, Missouri 64106
City, State, Zip