# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| LEON CHAMBERS<br>*Plaintiff(s)*<br>v.<br>ANHEUSER-BUSCH EMPLOYEES' CREDIT UNION d/b/a American Eagle Credit Union,<br>*Defendant(s)* | Case Number:  3:19-CV-00842-SMY-RJD |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Anheuser-Busch Employees' Credit Union  .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Missouri and Kansas  . The state and federal bar numbers issued to me are:  Missouri #61145, Kansas #23982  .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  Sep 3, 2019
Date

*Signature of Movant*

1010 Walnut Street, Suite 500
Street Address

Joseph E. Bant
Printed Name

Kansas City, Missouri  64106
City, State, Zip