# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Chambers | ) |
| *Plaintiff(s)* | ) |
| v. | )    Case Number:    3:19-cv-00842-SMY-RJD |
| Anheuser-Busch Employees' Credit Union | ) |
| *Defendant(s)* | ) |

## **MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Leon Chambers .

In support of this motion, I state:

1.     I am an attorney licensed to practice law and a member in good standing in the State(s) of Arkansas . The state and federal bar numbers issued to me are: 2006306 .

2.     I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Jan 21, 2021
Date

610 President Clinton Ave., Ste. 300
Street Address

Little Rock, AR 72201
City, State, Zip

Signature of Movant

Christopher D. Jennings
Printed Name