UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEON CHAMBERS**, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 3:19-cv-00842-SPM ) |
| **TOGETHER CREDIT UNION**, | ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Leon Chambers, by counsel, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, respectfully moves the Court for an order: (1) certifying a Class under Federal Rules of Civil Procedure 23(a) and 23(b)(3) for purposes of settlement (the "Settlement Class"); (2) appointing Plaintiff to represent the members of the Settlement Class as the Class Representative; (3) appointing Cohen & Malad, LLP; Branstetter, Stranch & Jennings, PLLC; Kaliel PLLC; The Johnson Firm; and Carey Danis & Lowe as Class Counsel for the Settlement Class; (4) preliminarily approving the settlement of this action, as set forth in the Settlement Agreement and Release attached as Exhibit A to this Motion, for purposes of issuing notice to the Settlement Class; (5) approving the timing, form, content, and manner of the giving of notice of the settlement to the Settlement Class; and (6) setting a hearing (the "Final Approval Hearing") regarding the final approval of the settlement and the awards to Class Counsel of attorneys' fees, costs and expenses, the Settlement Administrator and the expert of their respective fees, and the Class Representative

of his service award. Plaintiff's counsel has conferred with counsel for Defendant and this motion is unopposed.

This motion is accompanied by the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Lynn A. Toops, and a proposed form of order preliminary approving the proposed Settlement.

Dated: February 1, 2021                    Respectfully submitted,

*s/Lynn A. Toops*
Lynn A. Toops
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com

James J. Rosemergy
John F. Garvey
CAREY DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-678-3401
jrosemergy@careydanis.com
jgarvey@careydanis.com

J. Gerard Stranch, IV
Martin F. Schubert
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

gerards@bsjfirm.com
marty@bsjfirm.com


Jeffrey Kaliel
Sophia Gold
KALIEL PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Christopher D. Jennings
THE JOHNSON FIRM
610 President Clinton Ave
Little Rock, AR 72201
Phone: (501) 372-1300
chris@yourattorney.com


*Counsel for Plaintiff and the Proposed Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I certify that on February 1, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/Lynn A. Toops*
Lynn A. Toops

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ltoops@cohenandmalad.com