UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEON CHAMBERS**, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:19-cv-00842-SPM<br>) |
| **TOGETHER CREDIT UNION**, | )<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**

Plaintiff Leon Chambers, by counsel, under Rules 23(e), (h), and 54(d)(2) of the Federal Rules of Civil Procedure, and paragraph 31 of the Court's Memorandum and Order, ECF No. 76 (the "Preliminary Approval Order"), respectfully moves the Court for an order awarding the following payments from the $525,000 Settlement Fund created by the class-action settlement of this matter: (1) Class Counsel attorneys' fees in the amount of $163,909.33, which is one-third of the Settlement Fund (after deducting the estimated costs of notice); (2) Class Counsel's unreimbursed normal litigation expenses in the amount of $2,322.37; and (3) a service award to the Class Representative in the amount of $7,500. Under the Preliminary Approval Order, the Court will hear this motion in connection with the Final Approval Hearing scheduled for May 4, 2021, at 1:00 PM.

This motion is accompanied by the Memorandum in Support of Motion for Approval of Attorneys' Fees, Expenses, and Service Award and the Declaration of

Lynn A. Toops. A proposed form of order has also been tendered. Defendant does not oppose this motion.[1]

Dated: March 19, 2021

Respectfully submitted,

*s/Lynn A. Toops*
Lynn A. Toops
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com

James J. Rosemergy
John F. Garvey
CAREY DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-678-3401
jrosemergy@careydanis.com
jgarvey@careydanis.com

J. Gerard Stranch, IV
Martin F. Schubert
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203

---

[1] Plaintiff is filing this motion and accompanying memorandum before the deadline for Class Members to object to, or opt out of, the Settlement. Both the motion and memorandum will be posted on the Settlement website so that Class Members can access them for free to determine whether they have any objections or wish to opt out. Plaintiff will subsequently file a motion for final approval of the settlement. Both the motion for final approval and this motion may be heard at the final approval hearing scheduled for May 4, 2021.

Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
marty@bsjfirm.com

Jeffrey Kaliel
Sophia Gold
KALIEL PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Christopher D. Jennings
THE JOHNSON FIRM
610 President Clinton Ave
Little Rock, AR 72201
Phone: (501) 372-1300
chris@yourattorney.com

*Counsel for Plaintiff and the Proposed Plaintiff Class*

# CERTIFICATE OF SERVICE

I certify that on March 19, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                *s/Lynn A. Toops*
                                                Lynn A. Toops

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ltoops@cohenandmalad.com