# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEON CHAMBERS**, on behalf of himself and all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>**TOGETHER CREDIT UNION**,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>) Civil No. 3:19-cv-00842-SPM</br>)</br>)</br>)</br>)</br>) |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Class Representative Leon Chambers, by counsel, under Rule 23(e)(2) of the Federal Rules of Civil Procedure, respectfully moves the Court to enter the tendered Final Approval Order, which grants final approval to the class action Settlement Agreement and Release, ECF No. 73-1, for the reasons set forth in the accompanying memorandum in support of this Motion. Defendant does not oppose final approval and no Class Members has submitted any objection.

Dated: April 20, 2021

Respectfully submitted,

*s/Vess A. Miller*
Lynn A. Toops
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com

James J. Rosemergy
John F. Garvey
CAREY DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-678-3401
jrosemergy@careydanis.com
jgarvey@careydanis.com

J. Gerard Stranch, IV
Martin F. Schubert
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
marty@bsjfirm.com

Jeffrey Kaliel
Sophia Gold
KALIEL PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Christopher D. Jennings
THE JOHNSON FIRM
610 President Clinton Ave
Little Rock, AR 72201
Phone: (501) 372-1300
chris@yourattorney.com

*Counsel for Plaintiff and the Proposed Plaintiff Class*

## **CERTIFICATE OF SERVICE**

      I certify that on April 20, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/Vess A. Miller*
Vess A. Miller

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
vmiller@cohenandmalad.com